1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-2961          Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  25759/405236

6  Attorneys for Defendants CITY OF OAKLAND,
   JOHN RUSSO, ETHAN NASR,
7  AND ARTURO SANCHEZ

8

9
                            **UNITED STATES DISTRICT COURT**
10
                            **NORTHERN DISTRICT OF CALIFORNIA**
11

12
   FRED ANDY IVEY DBA AFI MARKETING      | Case No. C07-02675 EDL
13 AND JOHN IVEY,

14       Plaintiffs,                      | **PROOF OF SERVICE**

15 v.

16 CITY OF OAKLAND, CALIFORNIA, 370
   EMBACADERO W LLC, VANGUARD
17 PROPERTIES, INC., JACOB GRAEF,
   JOHN RUSSO, ETHAN NASR, TOM
18 BERLIN, ARTURO SANCHEZ, and DOES 1
   THROUGH 50,
19
         Defendants.
20

21

22 ////

23 ////

24 ////

25 ////

26

- 1 -
PROOF OF SERVICE                                                     C-07-02675EDL

# PROOF OF SERVICE
## IVEY, ET AL., v. CITY OF OAKLAND, et al.
### United States District Court Case No. C07-02675 EDL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank Ogawa Plaza, 6th Fl., Oakland, CA 94612. On the date set forth below I served the within documents:

**DEFENDANTS' NOTICE OF PETITION FOR REMOVAL TO FEDERAL; COURT AND PETITION FOR REMOVAL TO FEDERAL COURT; ORDER SETTING INITIAL CASE MANAGEMENT ; CONFERENCE AND ADR DEADLINES; ECF REGISTRATION INFORMATION HANDOUT**

    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[X] **by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.**

    by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

    by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

    by causing such envelope to be sent by Federal Express/ Express Mail.

DAVID BRYDEN, ESQ.
160 FRANKLIN STREET
OAKLAND, CA  94607

TELEPHONE:  (510) 839-4687
FACSIMILE:    (510) 837-4689

ANDREW ZACKS, ESQ.
ZACKS, UTRECHT & LADEBETTER
235 MONTGOMERY ST., STE. 400
SAN FRANCISCO, CA 94104

TELEPHONE:  (415) 956-8100

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

- 3 -

1  I declare under penalty of perjury under the laws of the United States of
2  American/State of California that the above is true and correct.
3  Executed on MAY 22, 2007, at Oakland, California.
4
5  _____
6                              CRYSTAL ROZA
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26