JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Atty., SBN 080142
JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700
KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-3589, Fax: (510) 238-6500
kawestmore@oaklandcityattorney.org
25759/407038

Attorneys for Defendants CITY OF OAKLAND,
JOHN RUSSO, ETHAN NASR, JACOB GRAEF,
AND ARTURO SANCHEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED ANDY IVEY DBA AFI MARKETING AND JOHN IVEY,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, 370 EMBARCADERO W LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ, and DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. C07-02675 EDL<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6)**<br><br>Date:     July 10, 2007<br>Time:    9:00 a.m.<br>Courtroom: Courtroom E, 15th Floor<br>Magistrate Judge Elizabeth D. Laporte |

Pursuant to Federal Rule of Evidence 201(d), defendants hereby request the Court take judicial notice of the following matters of public record, attached hereto:

   Exhibit A:   Oakland Municipal Code Sections 1.08 et seq.

   Exhibit B:   City of Oakland's 30-Day Notice to Abate dated May 15, 2006.

/ / /

1 | Exhibit C: 370 Embarcadero, LLC v. Andy Ivey, et al., Alameda County Superior Court
2 | Case No. WG07-307885, Register of Actions and Complaint without
3 | attachments.

4 | DATED: May 29, 2007

5 | JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Chief Assistant City Attorney
6 | JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney
7 | KANDIS A. WESTMORE, Deputy City Attorney

8 |

9 | By: /S/ KANDIS A. WESTMORE
Attorneys for Defendants,
CITY OF OAKLAND, et al.