# CITY of OAKLAND
## City Administrator's Office



CITY HALL    •    1 Frank H. Ogawa Plaza    •    11th FLOOR    •    OAKLAND, CALIFORNIA  94612

**Nuisance Abatement Division**
Niccolo De Luca, *Deputy City Administrator*
Arturo Sanchez, *Case Manager*

| | |
|---|---|
| TTY/TDD | (510) 238-2007 |
| Main FAX | (510) 238-7084 |
| Main | (510) 238-3301 |
| Voicemail | (510) 238-7542 |

## 30-DAY NOTICE TO ABATE

Certified and Regular Mail
7004 1350 0000 4542 5350

May 15, 2006

Marilyn Cohn Arnold
110 Dudley Avenue
Piedmont, CA  94611

Subject Property:    370 Embarcadero West
APN:    001-0143-010-00
Declaration of Public Nuisance – **Nuisance Activity**
Administrative Penalty – $1000 Citation
Reference:    Violent Crimes and Loitering
Police Report #s06-024200; 06-007084

Dear Owner(s):

The Oakland Police Department (OPD) has provided our office evidence of nuisance activity at the above-referenced property and is requesting that the subject property be declared a public nuisance and substandard pursuant to Oakland Municipal Code (OMC) Chapter 1, Section 1.08 et seq. Having reviewed the evidence and good cause existing, the City declares the following:

> ➢ The nuisance activity **includes but is not limited to the commission of violent crimes by person loitering on or about the property,** documented in the attachment(s) constitute a public nuisance. A public nuisance shall also exist whenever a condition on a property is corrected but recurs, and continues as a recurrent problem (OMC Section 1.08.030.B). OPD continues to receive complaints regarding this nuisance activity on your premises.

> ➢ Pursuant to Oakland Master Fee Schedule you are assessed a $3,000.00 Nuisance Case fee.

Please be advised that thirty (30) days from the date of this letter, the City may impose penalties of $1,000.00 a day up to $365,000 a year (pursuant to OMC Chapter 1, Section 1.12 et seq), unless the nuisance conditions are abated. Further, buildings and structures or portions thereof which are determined to be substandard, shall be abated by repair, rehabilitation, demolition or removal and may be vacated in accordance with the procedures specified in Article XI and XII of this Code. [Ord. 12088 § 3 (part), 1998: Ord. 11833 § 3 (part), 1995: prior code § 8-2.02]. It is your obligation to abate the nuisance condition. Failure to do so may result in the City doing so and billing you for the costs.

Fees, costs, payments, assessments, and penalties associated with our enforcement actions are significant and shall be a charge against the property and the owners and, if not reimbursed immediately, shall become a special assessment/priority lien recorded against the property title and are recoverable through the property tax general levy and court action, among other remedies available to the City.

**APPEAL**

You have the right to appeal this determination to an independent administrative hearing examiner. In order to request an appeal you must pay a $67.71 non-refundable filing fee, and submit in writing the details upon which you base your claim that the City has erred or abused its discretion in these actions. Please be advised that you will be assessed additional fees for the costs incurred by the City for processing the administrative hearings should your appeal be denied.

Should you have questions concerning this form or the appeal process or penalty procedures, please contact the Nuisance Enforcement Unit's Administrative Assistant weekdays from 9:30 to 11:00 am and 2:30 p.m. to 4:00 p.m. by telephone. Your written appeal must be filed directly with the Administrative Assistant, either in person or via first class mail:

Susan Vasquez
Administrative Assistant
City of Oakland – Nuisance Abatement Division
1 Frank Ogawa Plaza, 11th Floor
Oakland, CA 94612

The form for filing an appeal is enclosed. Please be advised that if your written appeal and filing fee is not received **before 4:00 p.m.** (local time), **Tuesday, May 30, 2006,** you **waive your right** for further administrative adjudication of this matter, and your only other method for redressing this matter may be judicial action. Please note that incomplete appeals including, but not limited to, oral notification of your intention to appeal, a written appeal postmarked but not received within the time prescribed, or a written appeal received by the filing deadline without a filing fee, are not acceptable and will be rejected.

## OPTION TO MEET WITH OPD AND/OR CODE ENFORCEMENT

Depending on the nature of the violations, you may also request to meet with the Nuisance Enforcement Unit and the referring department to develop a compliance plan to abate the nuisance, in some cases a performance bond will be required along with compliance plan.  If you reach an agreement, the City may suspend the daily penalties while you meet the terms of the compliance plan.  If you fail to meet the terms of the compliance plan, the fines and penalties will be retroactive to 30 days from the date of this letter.  To set up a meeting, please call Susan Vasquez at 238-7487.

Sincerely,

ARTURO M. SANCHEZ
Assistant to the City Administrator

Enclosures

cc:    Lt. Berlin, OPD
       Sgt. Thomas, OPD
       C. Starks, Dist 3
       N. De Luca, CAO
       B. Killey, CAO
       E. Nasr, OCA
       C. Vose, OCA
       Chron File



# CITY of OAKLAND
## City Administrator's Office

CITY HALL     •     1 Frank H. Ogawa Plaza     •     11th FLOOR     •     OAKLAND, CALIFORNIA  94612

| | TTY/TDD | (510) 238-2007 |
|---|---|---|
| **Nuisance Abatement Division** | Main FAX | (510) 238-7084 |
| Niccolo De Luca, *Deputy City Administrator* | Main | (510) 238-3301 |
| Arturo Sanchez, *Case Manager* | Voicemail | (510) 238-7542 |

## ADMINISTRATIVE APPEAL
### DECLARATION OF PUBLIC NUISANCE
### NUISANCE ACTIVITY
### ADMINISTRATIVE PENALTY

PROPERTY
ADDRESS   370 Embarcadero West _____

NON-REFUNDABLE FILING FEE $67.71*

[*9.5% Records Mgmt. Fee & 5.25%Technology Enhancement Fee]

COMPLAINT _____     STATION _____     CERTIFIED MAIL   x___   DATE  05/15/06 _____

[  ]   PUBLIC NUISANCE - SUBSTANDARD       [   ]   UNSAFE OCCUPY
[  ]   ADMINISTRATIVE PENALTY              [   ]   IMMINENT HAZARD

PARCEL NO.   **001-0143-010-00** _____

APPELLANT _____

PROPERTY
OWNER   **Marilyn Cohn Arnold** _____

ADDRESS _____

ADDRESS   **110 Dudley Avenue** _____

CITY/STATE _____

CITY/STATE   **Piedmont, CA  94611** _____

TELEPHONE _____

TELEPHONE _____

*CONDITIONS FOR FILING AN ADMINISTRATIVE APPEAL*

THE MUNICIPAL CODE PROVIDES FOR ADMINISTRATIVE ADJUDICATION BY AN INDEPENDENT HEARING EXAMINER OF THE
ENFORCEMENT ACTIONS INDICATED ABOVE FOR APPELLANTS HAVING RECORD TITLE INTEREST IN THE PROPERTY.  AN APPEAL
MUST BE SUBMITTED IN WRITING WITH A FILING FEE.  IF THE APPEAL AND FEE ARE NOT RECEIVED BY OUR OFFICE WITHIN 14
CALENDAR DAYS OF THE MAILING DATE OF THE NOTIFICATION OF THE ENFORCEMENT ACTION, OR IF THE APPELLANT FAILS TO
IDENTIFY FACTS WHICH SUPPORT A CONTENTION THAT THE CITY HAS ERRED OR ABUSED ITS DISCRETION, THE APPEAL WILL
BE DENIED WITHOUT AN ADMINISTRATIVE HEARING.  THE ONLY OTHER REDRESS AVAILABLE TO AN APPELLANT WILL BE
JUDICIAL ACTION (CIVIL PROCEDURE 1094.6, etc.).

❏  BRIEFLY IDENTIFY YOUR LEGAL INTEREST IN THE BUILDING OR PROPERTY:

❏  BRIEFLY IDENTIFY WHICH OF THE ENFORCEMENT ACTIONS BY THE CITY YOU ARE APPEALING:

❏  BRIEFLY IDENTIFY HOW THE CITY HAS ERRED OR ABUSED ITS DISCRETION IN BRINGING THIS ACTION:

❏  BRIEFLY IDENTIFY HOW YOU WANT THE CITY TO RESOLVE YOUR APPEAL:

*I  DECLARE UNDER PENALTY OF PERJURY THAT THE INFORMATION GIVEN HEREWITH IS IN ALL RESPECTS TRUE AND
ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF.*

_____     _____
APPELLANT'S SIGNATURE                        DATE
*AGENT MUST PROVIDE NOTARIZED AUTHORIZATION*

NEU Form 7-Appeal Form

Rev. 8/11/05