```
1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Atty., SBN 080142
2  JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561
   CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700
3  KANDIS A. WESTMORE, Deputy City Atty., SBN 194594
   One Frank H. Ogawa Plaza, 6th Floor
4  Oakland, California 94612
   Telephone: (510) 238-3589, Fax: (510) 238-6500
5  kawestmore@oaklandcityattorney.org
   25759/407039
6
   Attorneys for Defendants CITY OF OAKLAND,
7  JOHN RUSSO, ETHAN NASR, JACOB GRAEF,
   AND ARTURO SANCHEZ
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| FRED ANDY IVEY DBA AFI MARKETING AND JOHN IVEY,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, 370 EMBARCADERO W LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ, and DOES 1 THROUGH 50,<br><br>    Defendants. | Case No. C07-02675 EDL<br><br>**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM PURSUANT TO FRCP 12(b)(6)**<br><br>Date:    July 10, 2007<br>Time:    9:00 a.m.<br>Courtroom: Courtroom E, 15th Floor<br>Magistrate Judge Elizabeth D. Laporte |
|---|---|

This matter came on regularly for hearing at the above captioned time and place. Plaintiffs were represented by David Bryden, Esq. Defendants City of Oakland, et al. were represented by Deputy City Attorney Kandis A. Westmore.

Having considered the papers submitted and heard the argument of the parties, and good cause appearing therefore, it is hereby ordered that defendants' motion brought pursuant to Federal

1  Rule of Civil Procedure 12(b)(6), is GRANTED.

2  **IT IS SO ORDERED**

3

4  Dated:

5  _____
   MAGISTRATE JUDGE ELIZABETH D. LAPORTE
6  UNITED STATES DISTRICT COURT JUDGE