E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM ABEND,

    Plaintiff(s),

v.

CITY OF OAKLAND,

    Defendant(s).

No. C 07-02142

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: MAY 1, 2007

Signature

Counsel for Plaintiff, Respondents/ Defendants City of Oakland
(Plaintiff, Defendant or indicate "pro se")

## PROOF OF SERVICE
### Abend v. City of Oakland, et al.
### United States District Court Case No. C07-02142 EMC

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is One Frank Ogawa Plaza, 6th Fl., Oakland, CA 94612. On date shown below, I served the within documents:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

|   |   |
|---|---|
|   | by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m. |
| X | **by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth below.** |
|   | by causing personal delivery by **XXXXX** of the document(s) listed above to the person(s) at the address(es) set forth below. |
|   | by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
|   | By causing such envelope to be sent by Federal Express/ Express Mail. |

CHRISTINE PEEK, ESQ.
MCMANIS, FAULKNER & MORGAN
50 W. SAN FERNANDO ST., 10th Fl.
SAN JOSE, CA 95113

PHONE: (408) 279-8700
FAX:   (408) 279-3244

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on May 2, 2007, at Oakland, California.

_____/s/_____
CRYSTAL ROZA