| | |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney - State Bar #129729 |
|   | RANDOLPH W. HALL, Assistant City Atty., SBN 080142 |
| 2 | JAMES F. HODGKINS, Supervising Trial Atty., SBN 142561 |
|   | CHARLES E. VOSE, Senior Deputy City Atty., SBN 139700 |
| 3 | KANDIS A. WESTMORE, Deputy City Atty., SBN 194594 |
|   | One Frank H. Ogawa Plaza, 6th Floor |
| 4 | Oakland, California 94612 |
|   | Telephone: (510) 238-3589, Fax: (510) 238-6500 |
| 5 | kawestmore@oaklandcityattorney.org |
|   | 25759/407134 |

Attorneys for Defendants CITY OF OAKLAND, JOHN RUSSO, ETHAN NASR, JACOB GRAEF, AND ARTURO SANCHEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ANDY IVEY DBA AFI MARKETING AND JOHN IVEY, | Case No. C07-02675 EDL |
| Plaintiffs, | **PROOF OF SERVICE RE. MOTION TO DISMISS** |
| v. | Date: July 10, 2007 |
| CITY OF OAKLAND, CALIFORNIA, 370 EMBARCADERO W LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ, and DOES 1 THROUGH 50, | Time: 9:00 a.m. |
|  | Courtroom: Courtroom E, 15th Floor |
|  | Magistrate Judge Elizabeth D. Laporte |
| Defendants. | |

///

///

///

///

///

PROOF OF SERVICE RE. MOTION TO DISMISS        -1-                                    C 07-2675 EDL

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | <u>Ivey, et al., V. City Of Oakland, et al.</u><br>**United States District Court Case No. C07-02675 EDL** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank Ogawa Plaza, 6th Fl., Oakland, CA 94612. On the date set forth below I served the within documents:

**NOTICE OF MOTION, MOTION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6);**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6);**

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.

☐ by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/ Express Mail.

| | |
|---|---|
| DAVID BRYDEN, ESQ.<br>160 FRANKLIN STREET<br>OAKLAND, CA  94607<br><br>TELEPHONE:  (510) 839-4687<br>FACSIMILE:     (510) 837-4689 | ANDREW ZACKS, ESQ.<br>ZACKS, UTRECHT & LADEBETTER<br>235 MONTGOMERY ST., STE. 400<br>SAN FRANCISCO, CA 94104<br><br>TELEPHONE:  (415) 956-8100 |

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of American/State of California that the above is true and correct.

Executed on May 30, 2007, at Oakland, California.

                                                    //S// CYNTHIA S. ANDRADA