UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED ANDY IVEY dba AFI MARKETING
and JOHN IVEY,

    Plaintiff(s),

v.

CITY OF OAKLAND, CALIFORNIA, 370
EMBARCADERO W LLC, VANGUARD, et al.

    Defendant(s).

No. C 3:07-cv-02675- EDL

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: June 11, 2007

Signature

Counsel for 370 Embarcadero & Vanguard
(Plaintiff, Defendant or indicate "pro se")

## PROOF OF SERVICE BY MAIL

I, Ingrid M. Karlsson, declare as follows:

I am over eighteen years of age and not a party to the within action; I served the pleadings referred to herein; my business address is 235 Montgomery Street, #400, San Francisco, California 94104. I am readily familiar with the business practice for collection and processing of correspondence for mailing with the United States Postal Service, and that the correspondence would be deposited with the United States Postal Service that same day in the ordinary course of business.

On *June 12, 2007*, I served:

*Consent to Proceed before a United States Magistrate Judge.*

by emailing and mailing a true copy to:

*David Bryden*  *dbryden@sbcglobal.net*
*160 Franklin Street*
*Oakland, CA 94607*

*Kandis A. Westmore*  *kawestmore@oaklandcityattorney.org*
*Deputy City Attorney*
*One Frank H. Ogawa Plaza, 6th Floor*
*Oakland, CA 94612*

The envelopes were sealed and placed for collection and mailing on said date following ordinary business practices.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed at San Francisco.

Dated: *June 12, 2007*

_____
Ingrid M. Karlsson