JOHN L. BURRIS (State bar No. 69888)
ADANTÉ D. POINTER (State Bar No. 236229)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street Suite 1120
Oakland, California 94621
Telephone:      (510) 839-5200
Facsimile:      (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiffs
FRED ANDY IVEY dba AFI
MARKETING and JOHN IVEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED ANDY IVEY dba AFI MARKETING and JOHN IVEY,<br><br>    Plaintiffs,<br><br>vs.<br><br>CITY OF OAKLAND, CALIFORNIA, 370 EMBARCADERO W LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ and DOES 1 THROUGH 50,<br><br>    Defendants. | Case No.: C07-02675 EDL<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR REMAND TO STATE COURT**<br><br>Hearing Date:   July 17, 2007<br>Hearing Time:   9:00 a.m.<br>Courtroom:      E-15<br>Judge:          Elizabeth D. Laporte |

//

**TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:**

Please take notice that at 9:00 a.m. on July 17, 2007, in Courtrroom E, 15th Floor, 350 Golden Gate Avenue, San Francisco, Plaintiffs will move this Court for an order remanding this matter to the Superior Court of the State of California on the grounds that the removing Defendants' notice of removal is defective. This motion is based on this notice and motion; the memorandum of points and authorities; and the complaint and entire file in this matter.

Date: June 20, 2007

LAW OFFICES OF JOHN L. BURRIS

/s/
Adanté D. Pointer
Attorneys for Plaintiffs