1  JOHN L. BURRIS (State bar No. 69888)
2  ADANTÉ D. POINTER (State Bar No. 236229)
   LAW OFFICES OF JOHN L. BURRIS
3  Airport Corporate Centre
   7677 Oakport Street Suite 1120
4  Oakland, California 94621
   Telephone:      (510) 839-5200
5  Facsimile:      (510) 839-3882
   John.Burris@johnburrislaw.com
6  Adante.Pointer@johnburrislaw.com

7
   Attorneys for Plaintiffs
8  FRED ANDY IVEY dba AFI
   MARKETING and JOHN IVEY
9

10

11                     UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15

16 | FRED ANDY IVEY dba AFI MARKETING     | Case No.: C07-02675 EDL
17 | and JOHN IVEY,                        |
                                          | **PLAINTIFFS' NOTICE OF MOTION AND**
18 |         Plaintiffs,                   | **MOTION FOR REMAND TO STATE**
                                          | **COURT**
19 | vs.                                   |
                                          | Hearing Date: July 17, 2007
20 |                                       | Hearing Time: 9:00 a.m.
   | CITY OF OAKLAND, CALIFORNIA, 370      | Courtroom:    E -15
21 | EMBARCADERO W LLC, VANGUARD           | Judge:        Elizabeth D. Laporte
   | PROPERTIES, INC., JACOB GRAEF, JOHN   |
22 | RUSSO, ETHAN NASR, TOM BERLIN,        |
23 | ARTURO SANCHEZ and DOES 1 THROUGH     |
   | 50,                                   |
24 |                                       |
   |         Defendants.                   |
25

26

27
   //
28

                                      1

TO EACH PARTY AND THEIR ATTORNEYS OF RECORD:

Please take notice that at 9:00 a.m. on July 17, 2007, in Courtrroom E, 15th Floor, 350 Golden Gate Avenue, San Francisco, Plaintiffs will move this Court for an order remanding this matter to the Superior Court of the State of California on the grounds that the removing Defendants' notice of removal is defective. This motion is based on this notice and motion; the memorandum of points and authorities; and the complaint and entire file in this matter.

Date: June 20, 2007

LAW OFFICES OF JOHN L. BURRIS

/s/
Adanté D. Pointer
Attorneys for Plaintiffs