JOHN L. BURRIS (State bar No. 69888)
ADANTÉ D. POINTER (State Bar No. 236229)
LAW OFFICES OF JOHN L. BURRIS
Airport Corporate Centre
7677 Oakport Street Suite 1120
Oakland, California 94621
Telephone:      (510) 839-5200
Facsimile:      (510) 839-3882
John.Burris@johnburrislaw.com
Adante.Pointer@johnburrislaw.com

Attorneys for Plaintiffs
FRED ANDY IVEY dba AFI
MARKETING and JOHN IVEY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| FRED ANDY IVEY dba AFI MARKETING and JOHN IVEY,<br><br>            Plaintiffs,<br><br>     vs.<br><br>CITY OF OAKLAND, CALIFORNIA, 370 EMBARCADERO W LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ and DOES 1 THROUGH 50,<br><br>            Defendants. | Case No.: C07-02675 EDL<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR REMAND TO STATE COURT**<br><br>Hearing Date:  July 17, 2007<br>Hearing Time:  9:00 a.m.<br>Courtroom:     E-15<br>Judge:         Elizabeth D. Laporte |

//

| | |
|---|---|
| 1 | At 9:00 a.m. on July 17, 2007, a hearing was held before Honorable Elizabeth D. Laporte |
| 2 | to determine whether this action shall be remanded to California Superior Court. After hearing |
| 3 | the presented oral arguments, reviewing the submitted motions and record, and there upon good |
| 4 | cause being shown, I hereby order this action be remanded to California Superior Court. |
| 5 | |
| 6 | |
| 7 | IT IS SO ORDERED. |
| 8 | Date: |

_____
ELIZABETH D. LAPORTE
U.S. MAGISTRATE JUDGE