UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED ANDY IVEY dba AFI MARKETING and
JOHN IVEY,

    Plaintiff(s),

v.

CITY OF OAKLAND, CALIFORNIA, 370
EMBARCADERO W LLC, ET AL.

    Defendant(s).

No. C 07-02675 EDL

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: JUNE 22, 2007

Signature *Adante D. Pointer*

Counsel for PLAINTIFFS
(Plaintiff, Defendant or indicate "pro se")