UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED ANDY IVEY, dba AFI MARKETING, and JOHN IVEY,

    Plaintiffs,

    v.

CITY OF OAKLAND, et al.,

    Defendants.
_____/

No. C 07-02675 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on the City Defendants' Motion to Dismiss, document [4], and the Motions to Remand filed by Defendants 370 Embarcadero W LLC and Vanguard Properties, Inc. and Plaintiffs, documents [9] and [15], has been scheduled for **July 31, 2007 at 9:00 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco. Opposition briefs, if not already filed, shall be filed no later than July 10, 2007 and reply briefs shall be filed no later than July 17, 2007.

Dated: June 28, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy