1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-2961          Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  25759/410105

6  Attorneys for Defendants CITY OF OAKLAND,
   JOHN RUSSO, ETHAN NASR,
7  AND ARTURO SANCHEZ

8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12
   FRED ANDY IVEY DBA AFI MARKETING          Case No. C07-02675 EDL
13 AND JOHN IVEY,

14        Plaintiffs,                        **[PROPOSED] ORDER**

15 v.

16 CITY OF OAKLAND, CALIFORNIA, 370
   EMBACADERO W LLC, VANGUARD
17 PROPERTIES, INC., JACOB GRAEF,           **Date: July 31, 2007**
   JOHN RUSSO, ETHAN NASR, TOM             **Time: 9:00 a.m.**
18 BERLIN, ARTURO SANCHEZ, and DOES 1      **Courtroom E, 15th Floor**
   THROUGH 50,                             **The Honorable Elizabeth D. LaPorte**
19
          Defendants.
20

21

22
          Plaintiffs' Motion for Remand came on for hearing at the above date and time
23
   pursuant to a Noticed Motion by Plaintiffs.  The Motion having been submitted to this
24
   Court, and Defendants' Opposition to Plaintiffs' Motion also having been submitted to this
25
   Court, and the Court having considered the papers, including the Declarations and
26

1  Exhibits filed in support thereof, and the arguments of counsel for Plaintiffs and

2  Defendants, and good cause appearing:

3         **IT IS HEREBY ORDERED** that Plaintiffs' motion is **DENIED**.

4

5  DATED:

6

7                                        _____
                                          JUDGE OF THE UNITED STATES DISTRICT COURT

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

[PROPOSED] ORDER                                                    C-07-02675EDL

**PROOF OF SERVICE**

**IVEY, ET AL., v. CITY OF OAKLAND, et al.**

**United States District Court Case No. C07-02675 EDL**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank Ogawa Plaza, 6th Fl., Oakland, CA 94612. On the date set forth below I served the within documents:

**[PROPOSED] ORDER**

by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

[X]   **by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.**

by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

by causing such envelope to be sent by Federal Express/ Express Mail.

DAVID BRYDEN, ESQ.
160 FRANKLIN STREET
OAKLAND, CA  94607

TELEPHONE:  (510) 839-4687
FACSIMILE:    (510) 837-4689

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of American/State of California that the above is true and correct.

Executed on JUNE 29, 2007, at Oakland, California.

_____
CRYSTAL ROZA