1 | JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2 | JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3 | One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
4 | Telephone: (510) 238-2961      Fax: (510) 238-6500
cevose@oaklandcityattorney.org
5 | 25759/410105

6 | Attorneys for Defendants CITY OF OAKLAND,
JOHN RUSSO, ETHAN NASR,
7 | AND ARTURO SANCHEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ANDY IVEY DBA AFI MARKETING AND JOHN IVEY, | Case No. C07-02675 EDL |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| CITY OF OAKLAND, CALIFORNIA, 370 EMBACADERO W LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ, and DOES 1 THROUGH 50, | Date: July 31, 2007<br>Time: 9:00 a.m.<br>Courtroom E, 15th Floor<br>The Honorable Elizabeth D. LaPorte |
| Defendants. | |

Defendants' 370 EMBARCADERO WEST LLC and VANGUARD PROPERTIES' Motion for Remand came on for hearing at the above date and time pursuant to a Noticed Motion by Defendants. The Motion having been submitted to this Court, and Defendants' CITY OF OAKLAND, JOHN RUSSO, ETHAN NASR and ARTURO SANCHEZS'

- 2 -

1  Opposition to Defendants' 370 EMBARCADERO WEST LLC and VANGUARD
2  PROPERTIES' Motion also having been submitted to this Court, and the Court having
3  considered the papers, including the Declarations and Exhibits filed in support thereof,
4  and the arguments of counsel for Plaintiffs and Defendants, and good cause appearing:
5       **IT IS HEREBY ORDERED** that Defendants' 370 EMBARCADERO WEST LLC and
6  VANGUARD PROPERTIES' Motion to Remand is **DENIED**.
7
8  DATED:
9
10                                                          JUDGE OF THE UNITED STATES DISTRICT COURT
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# PROOF OF SERVICE
## IVEY, ET AL., v. CITY OF OAKLAND, et al.
### United States District Court Case No. C07-02675 EDL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank Ogawa Plaza, 6th Fl., Oakland, CA 94612. On the date set forth below I served the within documents:

### [PROPOSED] ORDER

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ **by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.**

☐ by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/ Express Mail.

DAVID BRYDEN, ESQ.
160 FRANKLIN STREET
OAKLAND, CA 94607

TELEPHONE: (510) 839-4687
FACSIMILE: (510) 837-4689

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of American/State of California that the above is true and correct.

Executed on JUNE 29, 2007, at Oakland, California.

_____
CRYSTAL ROZA