JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:  (510) 238-2961          Fax:  (510) 238-6500
cevose@oaklandcityattorney.org
25759/411222

Attorneys for Defendants CITY OF OAKLAND,
JOHN RUSSO, ETHAN NASR and ARTURO SANCHEZ

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ANDY IVEY DBA AFI MARKETING and JOHN IVEY,<br><br>     Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, 370 EMBARCADERO W LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ and DOES 1 THROUGH 50,<br><br>     Defendants. | Case No. C07-02675 EDL<br><br>**STIPULATION AND ORDER CONTINUING HEARING DATE** |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to continue the scheduled hearing date for Defendants City of Oakland, John Russo, Ethan Nasr and Arturo Sanchez's Rule 12 (b)(6) Motion to Dismiss, Plaintiffs' Motion to Remand, and Defendants 370 Embarcadero W, LLC, and

////

- 1 -

1  Vanguard Properties' Motion to Remand, from July 31, 2007, at 9:00 a.m., to August 7,

2  2007, at 9:00 a.m.

3  DATED: JULY 11, 2007

4                                  JOHN A. RUSSO, City Attorney
                                   RANDOLPH W. HALL, Assistant City Attorney
5                                  JAMES F. HODGKINS, Supervising Trial Attorney
                                   CHARLES E. VOSE, Senior Deputy City Attorney
6

7
                        By:  _____/s/_____
8                            Attorneys for Defendants CITY OF OAKLAND, JOHN
                             RUSSO, ETHAN NASR and ARTURO SANCHEZ
9

10 DATED: JULY 11, 2007

11                                 LAW OFFICES OF JOHN BURRIS
                                   ADANTE POINTER, ESQ.
12

13
                        By:  _____/s/_____
14                           Attorney for PLAINTIFFS

15
   DATED: JULY 11, 2007
16

17                                 ZACKS, UTRECHT & LEADBETTER
                                   JAMES KRAUS, ESQ.
18

19
                        By:  _____/s/_____
20                           Attorneys for Defendants 370 EMBARCADERO W, LLC
                             and VANGUARD PROPERTIES
21

22

23

24

25

26

_____
- 2 -
STIPULATION AND ORDER                                    C-07-02675 EDL

1

2                                    **ORDER**

3          Pursuant to stipulation of the parties and good cause appearing therefore, it is

4   hereby ordered that the hearing date for Defendants City of Oakland, John Russo, Ethan

5   Nasr and Arturo Sanchez's Rule 12 (b)(6) Motion to Dismiss, Plaintiffs' Motion to Remand,

6   and Defendants 370 Embarcadero W, LLC, and Vanguard Properties' Motion to Remand

7   are continued from July 31, 2007, at 9:00 a.m., to August 7, 2007, at 9:00 a.m.

8

9          **IT IS SO ORDERED**

10

11  Dated:_____    _____

12                                    ELIZABETH D. LAPORTE
                                      U.S. District Court Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER                                          C-07-02675 EDL

# PROOF OF SERVICE
## <u>IVEY, ET AL., v. CITY OF OAKLAND, et al.</u>
## United States District Court Case No. C07-02675 EDL

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank Ogawa Plaza, 6th Fl., Oakland, CA 94612. On the date set forth below I served the within documents:

**STIPULATION AND ORDER CONTINUING HEARING DATE**

by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ **by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.**

by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

by causing such envelope to be sent by Federal Express/ Express Mail.

DAVID BRYDEN, ESQ.
160 FRANKLIN STREET
OAKLAND, CA 94607

TELEPHONE: (510) 839-4687
FACSIMILE: (510) 837-4689

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of American/State of California that the above is true and correct.

Executed on JULY 12, 2007, at Oakland, California.

_____/s/_____
CRYSTAL ROZA

STIPULATION AND ORDER                                      C-07-02675 EDL