1  JOHN A. RUSSO, City Attorney - State Bar #129729
   RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
2  JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
   CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland, California 94612
4  Telephone:  (510) 238-2961          Fax:  (510) 238-6500
   cevose@oaklandcityattorney.org
5  25759/411222

6  Attorneys for Defendants CITY OF OAKLAND,
   JOHN RUSSO, ETHAN NASR and ARTURO SANCHEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| FRED ANDY IVEY DBA AFI MARKETING and JOHN IVEY, | Case No. C07-02675 EDL |
|---|---|
| Plaintiffs, | **STIPULATION AND ORDER CONTINUING HEARING DATE** |
| v. | |
| CITY OF OAKLAND, CALIFORNIA, 370 EMBARCADERO W LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ and DOES 1 THROUGH 50, | |
| Defendants. | |

The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to continue the scheduled hearing date for Defendants City of Oakland, John Russo, Ethan Nasr and Arturo Sanchez's Rule 12 (b)(6) Motion to Dismiss, Plaintiffs' Motion to Remand, and Defendants 370 Embarcadero W, LLC, and

////

- 1 -

STIPULATION AND ORDER                                                           C-07-02675 EDL

1  Vanguard Properties' Motion to Remand, from July 31, 2007, at 9:00 a.m., to August 7,
2  2007, at 9:00 a.m.
3  DATED: JULY 11, 2007

JOHN A. RUSSO, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney
CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendants CITY OF OAKLAND, JOHN RUSSO, ETHAN NASR and ARTURO SANCHEZ

DATED: JULY 11, 2007

LAW OFFICES OF JOHN BURRIS
ADANTE POINTER, ESQ.

By: _____/s/_____
Attorney for PLAINTIFFS

DATED: JULY 11, 2007

ZACKS, UTRECHT & LEADBETTER
JAMES KRAUS, ESQ.

By: _____/s/_____
Attorneys for Defendants 370 EMBARCADERO W, LLC and VANGUARD PROPERTIES

## ORDER

Pursuant to stipulation of the parties and good cause appearing therefore, it is hereby ordered that the hearing date for Defendants City of Oakland, John Russo, Ethan Nasr and Arturo Sanchez's Rule 12 (b)(6) Motion to Dismiss, Plaintiffs' Motion to Remand, and Defendants 370 Embarcadero W, LLC, and Vanguard Properties' Motion to Remand are continued from July 31, 2007, at 9:00 a.m., to August 7, 2007, at 9:00 a.m.

**IT IS SO ORDERED**

Dated: July 12, 2007



ELIZABETH D. LAPORTE
U.S. Magistrate Judge

# PROOF OF SERVICE
**IVEY, ET AL., v. CITY OF OAKLAND, et al.**
**United States District Court Case No. C07-02675 EDL**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank Ogawa Plaza, 6th Fl., Oakland, CA 94612. On the date set forth below I served the within documents:

**STIPULATION AND ORDER CONTINUING HEARING DATE**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this date before 5:00 p.m.

☒ **by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.**

☐ by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ by causing such envelope to be sent by Federal Express/ Express Mail.

    DAVID BRYDEN, ESQ.
    160 FRANKLIN STREET
    OAKLAND, CA 94607

    TELEPHONE: (510) 839-4687
    FACSIMILE: (510) 837-4689

I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States of American/State of California that the above is true and correct.

Executed on JULY 12, 2007, at Oakland, California.

                                             /s/
                                    CRYSTAL ROZA