```
 1  ANDREW M. ZACKS (CA# 147794)
    JAMES B. KRAUS (CA # 184118)
 2  ZACKS UTRECHT & LEADBETTER
    235 Montgomery Street, Suite 400
 3  San Francisco, CA 94104
 4  (415) 956-8100

 5  Attorneys for defendants
    370 Embarcadero W LLC and Vanguard Properties, Inc.
 6
                    UNITED STATES FEDERAL DISTRICT COURT
 7
                       NORTHERN DISTRICT OF CALIFORNIA
 8
                                  SAN FRANCISCO
 9
10
    FRED ANDY IVEY dba AFI        )   CASE NO. 3:07-cv-02675-EDL
11  MARKETING and JOHN IVEY,      )
                                  )   DECLARATION OF ATTORNEY
12              Plaintiffs,       )   ANDREW M. ZACKS IN SUPPORT
                                  )   OF DEFENDANTS' 370
13                                )   EMBARCADERO W LLC, AND
           v.                     )   VANGUARD PROPERTIES, INC.
14                                )   MOTION FOR REMAND TO
    CITY OF OAKLAND, CALIFORNIA,  )   STATE COURT
15  370 EMBARCADERO W LLC,        )
    VANGUARD PROPERTIES, INC.,    )   [28 U.S.C. § 1447]
16  JACOB GRAEF, JOHN RUSSO,      )
    ETHAN NASR, TOM BERLIN,       )   Hearing Date:   August 7, 2007
17  ARTURO SANCHEZ, and DOES 1-50,)   Hearing Time:   9:00 a.m.
18                                )   Courtroom:      E - 15th floor
                Defendants.       )
19  _____)
20
```

1

I, Andrew M. Zacks, declare as follows:

1. I am the lead attorney for defendant 370 Embarcadero W LLC. I have personal knowledge of the following facts and could testify truthfully thereto.

2. I have played very little role in the litigation of this matter. I have forwarded all electronic pleadings to my associate, James Kraus. However, I was out of town from June 22 through June 29, 2007 when the opposition to the motion to remand was e-mailed. Due to my vacation, I did not notice that e-mail. If I had noticed it, I would have forwarded to my associate, James Kraus, who is the primary litigator on the case.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 31, 2007

_____
Andrew M. Zacks