```
ANDREW M. ZACKS (CA# 147794)
JAMES B. KRAUS (CA # 184118)
ZACKS UTRECHT & LEADBETTER
235 Montgomery Street, Suite 400
San Francisco, CA 94104
(415) 956-8100

Attorneys for defendants
370 Embarcadero W LLC and Vanguard Properties, Inc.
```

UNITED STATES FEDERAL DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| FRED ANDY IVEY dba AFI MARKETING and JOHN IVEY,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, 370 EMBARCADERO W LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ, and DOES 1-50,<br><br>Defendants. | CASE NO. 3:07-cv-02675-EDL<br><br>DECLARATION OF ATTORNEY JAMES B. KRAUS IN SUPPORT OF DEFENDANTS' 370 EMBARCADERO W LLC, AND VANGUARD PROPERTIES, INC. MOTION FOR REMAND TO STATE COURT<br><br>[28 U.S.C. § 1447]<br><br>Hearing Date:   August 7, 2007<br>Hearing Time:   9:00 a.m.<br>Courtroom:      E - 15th floor |

I, James B. Kraus, declare as follows:

1. I am an attorney for defendant 370 Embarcadero W LLC. I have personal knowledge of the following facts and could testify truthfully thereto.

2. I did not obtain a copy of defendant Oakland's opposition brief until July 30, 2007.

3. I did not receive an e-mailed notice that it had been filed. In fact, even after I was specifically added to the recipient list on this case, on June 26, 2007, I did not receive a notice of subsequent filings, such as Oakland's reply on its 12(b)(6) motion.

4. All of the electronic notices that I have received in this case have been forwarded to me by lead counsel Andrew Zacks. For instance, on July 2, 2007, Mr. Zacks forwarded the notice regarding Oakland's reply on its 12(b)(6) motion.

5. I did not discover that Oakland did actually file opposition until July 30. Under the circumstances, I request that the Court consider the arguments raised in the very short reply brief in support of defendant 370 Embarcadero's motion to remand.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 31, 2007

James B. Kraus

1

Motion to Remand - Kraus dec
CASE NO. 3:07-cv-02675-EDL