United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRED ANDY IVEY and
JOHN IVEY,

      Plaintiffs,

    v.

CITY OF OAKLAND, et al.,

      Defendants.
_____/

No. 07-02675 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on the parties' Motions to Remand and the City of Oakland Defendants' Motion to Dismiss currently scheduled for August 7, 2007 at 9:00 a.m., has been taken off calendar and will be decided on the pleadings.

Dated: July 31, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
Lili M. Harrell
Courtroom Deputy