JOHN A. RUSSO, City Attorney - State Bar #129729
RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142
JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-2961      Fax: (510) 238-6500
cevose@oaklandcityattorney.org
25759/413338

Attorneys for Defendants
CITY OF OAKLAND,
JOHN RUSSO, ETHAN NASR
& ARTURO SANCHEZ

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRED ANDY IVEY dba AFI MARKETING, and JOHN IVEY,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>CITY OF OAKLAND, CALIFORNIA, 370 EMBARCADERO WEST, LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ, and DOES 1 THROUGH 50,<br><br>　　　　Defendants. | Case No. C07-02675 EDL<br><br>**STIPULATION AND ORDER TO CONTINUE DATE FOR INITIAL CASE MANAGEMENT CONFERENCE, FOR FILING RULE 26 REPORT, AND COMPLETING INITIAL DISCLOSURES** |

　　　　The parties to the above captioned litigation hereby stipulate, by and through their undersigned counsel of record, to continue the scheduled date for the Initial Case Management Conference from Tuesday, August 28, 2007 at 10:00 a.m. to Tuesday, September 25, 2007 at 3:00 p.m. The undersigned parties also stipulate that the date for

1  filing the Initial Case Management Conference Statement and the Rule 26(f) Report and to
2  complete the Initial Disclosures shall be continued to Tuesday, September 18, 2007.
3  Finally, the parties further stipulate to Meet & Confer and to file a Joint ADR Certification
4  with Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or
5  before Thursday September 6, 2007.

DATED: AUGUST 1, 2007

        JOHN A. RUSSO, City Attorney
        RANDOLPH W. HALL, Assistant City Attorney
        JAMES F. HODGKINS, Supervising Trial Attorney
        CHARLES E. VOSE, Senior Deputy City Attorney

By: _____/s/_____
Attorneys for Defendant
CITY OF OAKLAND, JOHN RUSSO, ETHAN NASR and ARTURO SANCHEZ

DATED: AUGUST 1, 2007

        LAW OFFICES OF JOHN BURRIS
        ADANTE POINTER, ESQ.

By: _____/s/_____
Attorney for Plaintiffs FRED ANDY IVEY and JOHN IVEY

DATED: AUGUST 1, 2007

        ZACKS, UTRECHT & LEADBETTER
        JAMES B. KRAUS, ESQ.

By: _____/s/_____
Attorney for Defendants 370 EMBARCADERO WEST, LLC and VANGUARD PROPERTIES

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing therefore, it is hereby ordered that the date for the Initial Case Management Conference is hereby continued from Tuesday, August 28, 2007 at 10:00 a.m. to Tuesday, September 25, 2007 at 3:00 p.m. The Initial Case Management Conference Statement shall be filed on or before September 18, 2007. The Rule 26(f) Report shall be filed and the Initial Disclosures shall be completed by Tuesday, September 18, 2007. The parties are ordered to Meet & Confer and to file a Joint ADR Certification With Stipulation to ADR Process or Notice of Need for ADR Phone Conference on or before Thursday, September 6, 2007.

**IT IS SO ORDERED.**

Dated: _____

ELIZABETH D. LAPORTE
U.S. District Court Magistrate Judge