| | |
|---|---|
| 1 | JOHN A. RUSSO, City Attorney - State Bar #129729 |
|   | RANDOLPH W. HALL, Assistant City Attorney – State Bar #080142 |
| 2 | JAMES F. HODGKINS, Supervising Trial Attorney – State Bar #142561 |
|   | CHARLES E. VOSE, Senior Deputy City Attorney, State Bar No. 139700 |
| 3 | One Frank H. Ogawa Plaza, 6th Floor |
|   | Oakland, California 94612 |
| 4 | Telephone: (510) 238-2961     Fax: (510) 238-6500 |
|   | cevose@oaklandcityattorney.org |
| 5 | 25759/405236 |

Attorneys for Defendants CITY OF OAKLAND, JOHN RUSSO, ETHAN NASR, AND ARTURO SANCHEZ

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRED ANDY IVEY DBA AFI MARKETING AND JOHN IVEY, | Case No. C07-02675 EDL |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| CITY OF OAKLAND, CALIFORNIA, 370 EMBACADERO W LLC, VANGUARD PROPERTIES, INC., JACOB GRAEF, JOHN RUSSO, ETHAN NASR, TOM BERLIN, ARTURO SANCHEZ, and DOES 1 THROUGH 50, | |
| Defendants. | |

////

////

////

////

# PROOF OF SERVICE
## <u>IVEY, ET AL., v. CITY OF OAKLAND, et al.</u>
## United States District Court Case No. C07-02675 EDL

1
2
3   I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is City Hall, One Frank Ogawa Plaza, 6th
4   Fl., Oakland, CA 94612. On the date set forth below I served the within documents:

5   **STIIPULATION AND ORDER TO CONTINUE DATE FOR INITIAL CASE MANAGEMENT CONFERENCE, FOR FILING RULE 26 REPORT AND COMPLETING INITIAL DISCLOSURES**
6

7   ☐  by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below, or as stated on the attached service list, on this
8       date before 5:00 p.m.

9   ☒  **by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Oakland, California addressed as set forth.**

10
11  ☐  by causing personal delivery by (name) of the document(s) listed above to the person(s) at the address(es) set forth below.

12  ☐  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

13  ☐  by causing such envelope to be sent by Federal Express/ Express Mail.

14      DAVID BRYDEN, ESQ.
        160 FRANKLIN STREET
15      OAKLAND, CA  94607

16      TELEPHONE:  (510) 839-4687
        FACSIMILE:   (510) 837-4689
17

18      I am readily familiar with the City of Oakland's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal
19  Service on that same day with postage thereon fully prepaid in the ordinary course of business.
20
        I declare under penalty of perjury under the laws of the United States of
21  American/State of California that the above is true and correct. Executed on AUGUST 2, 2007, at Oakland, California.
22

23                                                      /S/
                                                    CRYSTAL ROZA
24

25

26

- 2 -
PROOF OF SERVICE                                                                C-07-02675EDL