**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 2, 2007

Superior Court of California
County of Alameda
Office of the Clerk
1225 Fallon Street
Oakland, California 94612

      **RE:  FRED ANDY IVEY, et al. -v- CITY OF OAKLAND, et al., C-07-2675-EDL**
            **Your Case Number: (RG-07320746)**

Dear Clerk,

    Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

        (X)    Certified copies of docket entries

        (X)    Certified copies of Remand Order

        ( )    Other

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                      Sincerely,

                      RICHARD W. WIEKING, Clerk


                      by:  <u>Thelma Nudo</u>
                          Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg