**COPY**

**FILED**
07 AUG 24 PM 12: 30

**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 2, 2007

AUG 2 0 2007

Superior Court of California
County of Alameda
Office of the Clerk
1225 Fallon Street
Oakland, California 94612

**RE: FRED ANDY IVEY, et al. -v- CITY OF OAKLAND, et al., C-07-2675-EDL**
**Your Case Number: (RG-07320746)**

Dear Clerk,

Pursuant to an *order remanding* the above captioned case to your court, transmitted herewith are:

(X)   Certified copies of docket entries

(X)   Certified copies of Remand Order

( )   Other

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,

RICHARD W. WIEKING, Clerk

by: Thelma Nudo
Deputy Clerk

Enclosures
Copies to counsel of record

NDC TR-5 Rev. 7/92
o:\mrg\civil\remand.mrg